FILED
2020 Jul-30 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ALABAMA ONE CREDIT UNION** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE No. 7:18-cv-02102-LSC |
| ) | |
| **PAUL TOPPINS, et al.** ) | |
| ) | |
| Defendants. ) | |

## PRO TANTO STIPULATION FOR DISMISSAL

COME NOW Plaintiff Alabama One Credit Union ("Plaintiff") and Defendant Hutto & Carver, PA ("Hutto & Carver"), by and through their respective counsels of record, and stipulate to the Pro Tanto Dismissal of Hutto & Carver with prejudice. Each party shall bear its own costs. This is a Pro Tanto Stipulation as to any and all claims against Hutto & Carver only, and the Plaintiff reserves the right herein to continue prosecution of Plaintiff's claims against the remaining Defendants and any other potential defendants, as allowed by the Court or as otherwise allowable by law.

Dated this the 30th day of July, 2020.

/s/ Todd Campbell
Todd Campbell
Counsel for Alabama One Credit Union

**OF COUNSEL:**

Andrew P. Campbell
Todd Campbell
Cason Kirby
Harris Hagood
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600

1

Birmingham, AL 35203
205.224.0750
andy.campbell@campbellguin.com
todd.campbell@campbellguin.com
cason.kirby@campbellguin.com
h.hagood@campbellguin.com

                                                                */s/ William J. Gamble, Jr.*
                                                                William J. Gamble, Jr.
**OF COUNSEL:**                                       Counsel for Hutto & Carver, PA

William J. Gamble Jr.
A. Grady Williams, IV
Phelps Dunbar, LLP
101 Dauphin Street, Suite 1000
Mobile, AL 36602
will.gamble@phelps.com
bo.williams@phelps.com

# **CERTIFICATE OF SERVICE**

  I hereby certify that on July 30, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the follow counsel of record:

Barry V. Frederick
Brandi B. Frederick
The Frederick Firm
5409 Trace Ridge Lane
Birmingham, AL 35244
barry@frederickfirm.net
brandi@frederickfirm.net

*Counsel for Defendants Barry V. Frederick;*
*Brandi B. Frederick and The Frederick Firm*

Phillip Luke
Whitaker, Mudd, Luke & Wells, LLC
2011 4th Avenue North
Birmingham, AL 35203
pluke@wmslawfirm.com

*Counsel for Defendants Mary Jane Watson and*
*Green and Company Real Estate Services*

James D. Turner
Turner & Turner
1426 22nd Avenue
Tuscaloosa, AL 35401
Jturner003@aol.com

*Counsel for Dick Holley and West Alabama Appraisal*

Jack Hood
Assistant U.S. Attorney
U.S. Attorney's Office
1801 4th Avenue North
Birmingham, AL 35203
Jack.hood@usdoj.gov

*Counsel for National Credit Union Association*

/s/ Todd Campbell
Todd Campbell
Counsel for Alabama One Credit Union